[No. 8117–2–II. Division Two. December 12, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH A. NOLETTI, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap

County, No. 84–1–00249–1, Karen B. Conoley, J., entered September 21, 1984. *Affirmed* by unpublished opinion per Velie, J. Pro Tem., concurred in by Foscue and Goodloe, JJ. Pro Tem.